IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

HEALTH VISIONS CORPORATION,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  05-CR-00072-bbc

---

ORDER FOR FINAL FORFEITURE

---

On June 15, 2007, the defendant entered into a plea agreement with the United States in which the defendant agreed that it had obtained $910,910.60 in proceeds from his offense of conviction, and

WHEREAS, the United States has filed a Motion for Entry of Final Order of Forfeiture which would consist of a personal money judgment against the Defendant in the amount of $910,910.60, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED

that the defendant shall forfeit to the United States the sum of $910,910.60 pursuant to

Title 18, United States Code, § 982(a)(2).

IT IS FURTHER ORDERED that the United States District Court shall retain

jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of

Forfeiture shall became final as to the defendant at the time of sentencing.

IT IS FURTHER ORDERED that the United States may, at any time, move

pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having

a value not to exceed $910,910.60 to satisfy the money judgment in whole or in part.

Dated: _July 31, 2008_

_Barbara B. Crabb_
BARBARA B. CRABB
UNITED STATES DISTRICT JUDGE